IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDI Y. JOK, and CHUOLJOCK T. LIA, | ) ) ) | 8:10CV70 |
| Plaintiffs, | ) ) ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| OMAHA POLICE DEPT, BATTALLON, Judge, STATE PROSECUTER, MICHCAL GOALBRUG, Public Defender, and ANA JAMES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. Plaintiff **Chuoljock T. Lia** ("Lia") filed the above-captioned matter on February 16, 2010. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

    Lia has failed to include the $350.00 filing fee. Lia has the choice of either tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis. If Lia chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court.[1]

---

[1] The court notes that it has received a copy of Lia's Prisoner Account Certificate (filing no. 11) and it is not necessary for Lia to submit another one at this time.

IT IS THEREFORE ORDERED that:

1. Lia is directed to correct the above-listed technical defect in the Complaint on or before March 23, 2010.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3. The Clerk of the court is directed to send to Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.